IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES FRANCIS LEINENBACH, | : | CRIMINAL ACTION |
| Petitioner, | : | NO. 93-CR-280 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | NO. 06-139 |
| Respondent. | : | |

**O R D E R**

**AND NOW**, this **13th day** of **August, 2010,** it is hereby **ORDERED** that Petitioner James Francis Leinenbach's petition for a writ of audita querela under 28 § U.S.C. 1651 to vacate, set aside, or correct sentence (doc. no. 257) is **DENIED** with prejudice.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**